# United States District Court

## Southern District of Georgia

Factory Direct Wholesale, LLC

_____  Case No. ___4:21-cv-00368___
Plaintiff

v.  Office Kick, Inc. and
CKNAPP Sales, Inc.  Appearing on behalf of

_____  Defendants
Defendant  _____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 4th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Benjamin T. Horton

Business Address:   Marshall, Gerstein & Borun LLP
Firm/Business Name

233 S. Wacker Drive
Street Address

| Suite 6300 | Chicago | IL | 60606 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

312.474.9575
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   bhorton@marshallip.com